**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6159

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LLOYD ANTHONIE WILLIAMS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Lacy H. Thornburg, District Judge.  (CR-98-144)

Submitted:  June 18, 2004                Decided:  July 14, 2004

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Remanded by unpublished per curiam opinion.

Lloyd Anthonie Williams, Appellant Pro Se.  Thomas Richard Ascik, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lloyd Anthonie Williams seeks to appeal from the district court's order denying his motion to dismiss the indictment for lack of jurisdiction. We remand to the district court for factual determinations regarding whether Williams' motions for default and summary judgment can constitute a timely notice of appeal, <u>Houston v. Lack</u>, 487 U.S. 266, 276 (1988), and whether his motion to file an appeal out of time meets the requirements to reopen the appeals period. Fed. R. App. P. 4(a)(6). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>REMANDED</u>